UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN ALLIANCE COMPANY, | } } } |
| Plaintiff, | } } |
| v. | } Case No.: 7:19-CV-01026-RDP } } |
| BRAVO FOOD SERVICE LLC, et al., | } } |
| Defendants. | } |

## ORDER

This matter is before the court on Bravo Food Service LLC's ("Bravo") Motion to Dismiss. (Doc. # 20). For the reasons stated in the contemporaneously filed Memorandum Opinion, Bravo's Motion (Doc. # 20) is **GRANTED IN PART**. Great American's claim regarding its duty to indemnify is **DISMISSED WITHOUT PREJUDICE**. Additionally, Cahaba Valley Health Services' counterclaim against Great American and cross claim against Bravo Food Services LLC (Doc. # 33) are **DISMISSED WITHOUT PREJUDICE**.

Great American's claim that it no longer owes Bravo a duty to defend remains before the court.

**DONE** and **ORDERED** this April 21, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE