IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **GREAT AMERICAN ALLIANCE COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Case No.: 7:19-CV-01026-RDP ) |
| **BRAVO FOOD SERVICE LLC, et al.,** | ) ) |
| **Defendants.** | ) ) ) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the parties, GREAT AMERICAN ALLIANCE COMPANY, CAHABA VALLEY HEALTH SERVICE and BRAVO FOOD SERVICE, LLC, by and through their counsel of record, and respectfully stipulate that this matter may be dismissed with prejudice. As grounds therefor, the parties state as follows:

The underlying matters have been resolved and there remains no further dispute between the parties. Thus, the instant action is due to be dismissed with prejudice and each party to bear its own costs.

Respectfully submitted,

*/s/ Robert M. Girardeau*
One of the Attorneys for Great American Alliance Insurance Company

**OF COUNSEL:**
Robert M. Girardeau, Esq.
Huie, Fernambucq & Stewart, LLP
3291 US Highway 280 South, Suite 200
Birmingham, AL 35243
Telephone:    205.297.8822
Facsimile:    205.251.1256
BGirardeau@huielaw.com

**OF COUNSEL**
Larry D. Mason, Esq.
**GOLDBERG SEGALLA LLP**
*Mailing Address:*
P.O. Box 957
Buffalo, NY 14201
*Physical Address:*
222 West Adams Street, Suite 2250
Chicago, IL  60606
Tel: (312) 572-8444
Fax: (312) 572-8401
lmason@goldbergsegalla.com

                                                                                       */s/J. Michael Comer*
                                                                                       One of the Attorneys for Cahaba Valley Health Service

**OF COUNSEL:**
J. Michael Comer, Esq.
jmikecomer@pattersoncomer.com
Paul Patterson, Esq.
paulpatterson@pattersncomer.com
Patterson Comer Law Firm
303 Main Ave., Ste. A
Northport, AL 35476

                                                                                       */s/Charles K. Hamilton*
                                                                                       Attorney for Bravo Food Service, LLC

**OF COUNSEL:**
Charles K. Hamilton, Esq.
khamilton@bainbridgemims.com
Bainbridge Mims Rogers & Smith LLP
600 Luckie Drive, Suite 415
PO Box 530886
Birmingham, AL 35253