# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **GREAT AMERICAN ALLIANCE COMPANY,**<br><br>    Plaintiff,<br><br>v.<br><br>**BRAVO FOOD SERVICE LLC, et al.,**<br><br>    Defendants. | Case No.:  7:19-cv-1026-RDP |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 43), filed October 1, 2020, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this October 2, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE